IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE WRONGFUL DEATH ESTATE OF
PHILLIP ANTHONY TRUJILLO, Deceased
by STACEY ROMERO as PERSONAL
REPRESENTATIVE,

      Plaintiff,

v.                                                                         No: 2:19-CV-00108 KG/GJF

STATE OF NEW MEXICO, NEW MEXICO
CORRECTIONS DEPARTMENT,
SOUTHERN NEW MEXICO
CORRECTIONAL FACILITY, JAMES
MULHERON, in his individual capacity and as
Warden, CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, LLC
and JOHN/JANE DOEs 1-10 (Employees,
Staff, Agents of aforesaid Defendants),

      Defendants.

## **AMENDED STIPULATED ORDER**

THIS MATTER having come before the Court on the Parties' Amended Joint Motion to Dismiss James Mulheron (Doc. 35) and the Court having reviewed the submission of the Parties and being otherwise fully advised, finds that the Motion is WELL-TAKEN and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against James Mulheron is hereby dismissed with prejudice. Each party shall bear their own costs.

                                                                                                         _____
                                                                                                          UNITED STATES DISTRICT JUDGE

Respectfully submitted and approved,


*/s/Daniel J. Macke        8/29/19*
DANIEL J. MACKE
Attorney for Defendant State of New Mexico, New Mexico Corrections Department, Southern New Mexico Correctional Facility and James Mulheron
333 Rio Rancho Blvd. NE, Suite 102
Rio Rancho, NM 87124
(505) 292-9677
(505) 292-9680 (facsimile)
dan@brownlawnm.com


Approved August 29, 2019
Dathan L. Weems
Dathan Weems Law Firm, LLC
108 Wellesley Dr SE
Albuquerque, NM  87106
(505) 247-4700
(866) 492-7692 (fax)


Approved August 29, 2019
Alfred A. Park
James J. Grubel
PARK & ASSOCIATES, LLC
*Attorneys for Defendant Centurion Correctional  Healthcare of New Mexico, L.L.C.*
3840 Masthead St., NE
Albuquerque, NM 87109
(505) 246-2805
(505) 246-2806 Fax