IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE WRONGFUL DEATH ESTATE OF
PHILLIP ANTHONY TRUJILLO, Deceased
by STACEY ROMERO as PERSONAL
REPRESENTATIVE,

    Plaintiff,

v.                                    No: 2:19-cv-00108 KG/GJF

STATE OF NEW MEXICO, NEW MEXICO
CORRECTIONS DEPARTMENT,
SOUTHERN NEW MEXICO
CORRECTIONAL FACILITY, JAMES
MULHERON, in his individual capacity and as
Warden, CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, LLC
and JOHN/JANE DOEs 1-10 (Employees,
Staff, Agents of aforesaid Defendants),

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the motion of the parties for a Stipulation of Dismissal With Prejudice of all claims or potential claims that have been brought or could have been bought in the above-captioned action by The Wrongful Death Estate of Phillip Anthony Trujillo, Deceased by Stacey Romero as Personal Representative, against Defendant Centurion Correctional Healthcare of New Mexico, LLC, the Court finds that the Stipulation of Dismissal With Prejudice is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint for Negligence, Wrongful Death, Civil Rights Violations, Negligent Hiring,

Training, Supervision and Retention, and Damages be, and hereby is, dismissed with prejudice against Defendant Centurion Correctional Healthcare of New Mexico, LLC.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims brought, or that could have been brought, between the Plaintiff and Defendant Centurion Correctional Healthcare of New Mexico, LLC, be, and hereby are, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party is to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
PARK & ASSOCIATES, LLC

/s/ *James J. Grubel*
Alfred A. Park
James J. Grubel
*Attorneys for Defendant Centurion*
*Correctional Heatlhcare of New Mexico, LLC*
3840 Masthead St. NE
Albuquerque, NM 87109

Approved:
DATHAN WEEMS LAW FIRM, LLC

Electronically Approved 10-16-19
Dathan L. Weems
*Attorney for Plaintiff*
108 Wellesley Dr. S.E.
Albuquerque, NM 87106
(505) 247-4700

BROWN LAW FIRM

Electronically Approved 10-16-19
Daniel J. Macke
*Attorney for State Defendants*
333 Rio Rancho Blvd. N.E., Suite 102
Rio Rancho, NM 87124
(505) 292-9677