IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STACEY ROMERO *as Personal Representative of the*
*Wrongful Death Estate of Phillip Anthony Trujillo, deceased,*

      Plaintiff,

v.                                                     No: 2:19-CV-00108 KG/GJF

STATE OF NEW MEXICO, NEW MEXICO
CORRECTIONS DEPARTMENT,
SOUTHERN NEW MEXICO
CORRECTIONAL FACILITY, JAMES
MULHERON, *in his individual capacity and as*
*Warden*, CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, LLC
and JOHN/JANE DOEs 1-10 (Employees,
Staff, Agents of aforesaid Defendants),

      Defendants.

## STIPULATED ORDER

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss All Remaining Claims Against the State of New Mexico, New Mexico Corrections Department, and Southern New Mexico Correctional Facility, and the Court having reviewed the submission of the Parties and being otherwise fully advised, finds that the Motion is WELL-TAKEN and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that all remaining claims in this matter are hereby dismissed with prejudice.

                                                                             UNITED STATES DISTRICT JUDGE

Respectfully submitted and approved,


*/s/Daniel J. Macke*
DANIEL J. MACKE
Attorney for Defendant State of New Mexico, New Mexico Corrections Department, Southern New Mexico Correctional Facility and James Mulheron
333 Rio Rancho Blvd. NE, Suite 102
Rio Rancho, NM 87124
(505) 292-9677
(505) 292-9680 (facsimile)
dan@brownlawnm.com


Approved November 6, 2019
Dathan L. Weems
Dathan Weems Law Firm, LLC
108 Wellesley Dr SE
Albuquerque, NM 87106
(505) 247-4700
(866) 492-7692 (fax)


Approved October 24, 2019
Alfred A. Park
James J. Grubel
PARK & ASSOCIATES, LLC
*Attorneys for Defendant Centurion Correctional Healthcare of NM,L.L.C.*
3840 Masthead St., NE
Albuquerque, NM 87109
(505) 246-2805
(505) 246-2806 Fax